In re the Marriage of Raymond J. MARASSO, Appellant,

v.

Jean A. MARASSO, Respondent.

No. 52286.

Missouri Court of Appeals,
Eastern District,
Division One.

June 16, 1987.

Bertram Cooper, St. Louis, for appellant.

Susan M. Hais, Clayton, for respondent.

ORDER

PER CURIAM.

In this dissolution action, the husband appeals from the trial court's order granting the wife's motion pendente lite. We find the trial court's judgment is supported by substantial evidence. No error of law appears and an extended opinion would serve no precedential value. The judgment is affirmed in accordance with Rule 84.-16(b).